The People of the State of New York, Respondent,
against
Devorn Parker, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Edward M. Davidowitz, J.H.O.), rendered July 14, 2010, after a nonjury trial, convicting him of attempted criminal contempt in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Edward M. Davidowitz, J.H.O.), rendered July 14, 2010, affirmed.
The verdict convicting defendant of attempted criminal contempt in the second degree (see Penal Law §§110.00/215.50[3]) was supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's credibility determinations. There was ample evidence of defendant's guilt, including the testimony of the complaining witness and her fiancé that defendant knocked on the door to complainant's apartment and asked if he could come inside, in violation of a valid order of protection directing defendant to stay away from complainant and/or her home (see People v Kaplan, 125 AD3d 465 [2015], lv denied 25 NY3d 1203 [2015]; People v Delvecchio, 106 AD3d 624 [2013], lv denied 22 NY3d 955 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: September 27, 2016